**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **LEROY JOHNSON, JR.,**<br><br>  **Plaintiff,**<br><br> v.<br><br>**OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS,** *et al.*<br><br>  **Defendants.** | **Case No. 2:13-cv-583**<br><br>**Judge Peter C. Economus**<br><br>**ORDER** |

This matter is before the Court for consideration of the August 20, 2013 Report and Recommendation of the Magistrate Judge. (Dkt. 12.) Because the record does not indicate that service of process has been effected on Defendants, the Magistrate Judge recommended that the Court deny Plaintiff's motion for default judgment (Dkt. 11).

The Report and Recommendation of the Magistrate Judge specifically advised the parties that failure to object to the Report and Recommendation within fourteen days results in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court. (Dkt. 12 at 2.) The time period for filing objections to the Report and Recommendation has expired. No party has objected to the Report and Recommendation.

The Court reviewed the Report and Recommendation of the Magistrate Judge pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge (Dkt. 12) and **DENIES** Plaintiff's motion for default judgment (Dkt. 11).

  **IT IS SO ORDERED.**

  */s/ Peter C. Economus*
  **UNITED STATES DISTRICT JUDGE**